**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00089-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER

On July 16, 2014, this Court adopted the trial court's findings that appellant desired to represent himself on appeal. We ordered appellant to file his brief within thirty days. When the brief was not filed by September 12, 2014, we ordered appellant to file his brief by October 3, 2014, and warned that failure to do so would result in submission of the appeal without briefs. On September 16, 2014, appellant filed a letter complaining that certain items were missing from the clerk's record, including: August 23, 2011 bond information; documents provided for in camera inspection; March 19, 2014 bill of costs; March 24, 2014 designations of clerk's and reporter's records; rule 20 affidavit; order approving rule 20 affidavit; May 28, 2014 bill of costs; June 24 defendant's request for permission to access clerk's record; and July 3, 2014 order

concerning defendant's request for permission to access clerk's record. On September 11, 2014, a supplemental clerk's record was filed containing many of the documents appellant's letter indicated were missing. On October 14, 2014, we received a supplemental clerk's record containing other items, including a letter from the Grayson County Clerk to appellant stating that the documents for in camera inspection and bond information are not part of the clerk's record. To date, appellant has not filed his brief.

Accordingly, we **ORDER** appellant to file his brief by **DECEMBER 1, 2014**. No further extension requests will be entertained. If appellant's brief is not filed by the date specified, we will, without further notice, submit the appeal without briefs. *See Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994); *see also* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to appellant Jay Sandon Cooper and to the Grayson County District Attorney's Office.

We further **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Jay Sandon Cooper, 1520 Janwood Dr., Plano, Texas 75075.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE